UNITED STATES DISTRCIT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Stavroula Michailidis<br>21 North Thornton Ave.<br>Orlando, FL 32801<br>     Plaintiff<br>vs.<br><br>Devin L. Potvin<br>841 Bridge St.<br>Lowell, MA 01850<br>     And<br>One Call Junk Haul, LLC<br>2 Margin St., Unit 182<br>Salem, MA 01970<br>     And<br>One Call Junk Haul Franchise, LLC<br>2 Margin St., Unit 182<br>Salem, MA 01970<br>     Defendants | : : : : : : : : : : : : : : : : : : : | Civil Action #1:21-cv-11405-IT |

**PLAINTIFF'S MOTION FOR LEAVE TO SERVE PROCESS**

Plaintiff, by and through undersigned counsel, Simon & Simon, P.C., hereby files this Motion for Leave to Serve Process upon Defendant, Devin L. Potvin, as set forth in the attached Order, and in support thereof, avers as follows:

1. This matter arises from September 25, 2020 motor vehicle accident in which Plaintiff suffered injuries when the vehicle which they were operating was struck by a vehicle owned by defendant Devin L. Potvin.

2. On August 26, 2021, Plaintiff brought this civil action against defendant Devin L. Potvin, alleging negligence. In the Complaint, Plaintiff listed Devin L. Potvin's address as 841 Bridge St., Lowell, MA 01850. A true and correct copy of Plaintiffs' Complaint is attached hereto as Exhibit "A" and incorporated herein by reference.

3.     On October 6, 2021 and October 7, 2021, Plaintiff's Counsel attempted service on Devin L. Potvin at 841 Bridge St., Lowell, MA 01850 via Special Process Servicer. The courier was unable to effectuate service on defendant Devin L. Potvin. A true and correct copy of the Return of Service is attached hereto as Exhibit "B" and incorporated herein by reference.'

4.     On October 19, 2021, Plaintiff's Counsel attempted service for the second time on Devin L. Potvin at 54 Highland Ave., Lynn, MA 01850 via Special Process Servicer. The courier was unable to effectuate service on defendant Devin L. Potvin. A true and correct copy of the Return of Service is attached hereto as Exhibit "C" and incorporated herein by reference.

5.     In an attempt to determine Devin L. Potvin's whereabouts, Plaintiff's Counsel requested an Accurint Report on Defendant Devin L. Potvin. The search came back confirming that the Defendant is currently associated with the property at 54 Highland Ave., Lynn, MA 01902 as of September 2021. A true and correct copy of the Accurint Report is attached hereto as Exhibit "D" and incorporated herein by reference.

6.     In an attempt to determine Devin L. Potvin's whereabouts, Plaintiff's Counsel requested a WhitePages Report on defendant Devin L. Potvin. The Report returned Devin L. Potvin's current address as 54 Highland Ave., Lynn, MA 01902.  A true and correct copy of the WhitePages Report results for Devin L. Potvin is attached hereto as Exhibit "E" and incorporated herein by reference.

7.     In an attempt to determine Devin L. Potvin's whereabouts, Plaintiff's Counsel requested a Skipttrace Report on defendant Devin L. Potvin. The Report returned Devin L. Potvin's current address as 54 Highland Ave., Lynn, MA 01902.  A true and correct copy of the Skiptrace Report results for Devin L. Potvin is attached hereto as Exhibit "F" and incorporated herein by reference.

8. Despite attempts to serve Defendant at their confirmed residence, it is apparent that the Defendant is actively avoiding service. Any future attempts of service, via the same method, would thus be futile.

9. Accordingly, Plaintiff now moves this Court to enter an Order permitting alternative methods of service on Defendant Devin L. Potvin, as set forth in Plaintiff's attached Order.

10. For efficiency and in order to effect service on Defendant Devin L. Potvin's most current known address of 54 Highland Ave., Lynn, MA 01902, Plaintiffs' Counsel respectfully requests that this Honorable Court enter an order pursuant to Mass.R.Civ.P. 4(d) and 4(e), allowing for service of the summons and civil complaint, by certified mail, return receipt requested, to Defendant Devin L. Potvin at 54 Highland Ave., Lynn, MA 01902, as well as by posting at the property located at 54 Highland Ave., Lynn, MA 01902.

11. Plaintiff engaged in a thorough and comprehensive investigation as set forth above.

12. Plaintiff requests this Court authorize service of Plaintiffs' Complaint on defendant Devin L. Potvin via First Class Mail and Certified Mail and Posting the Complaint on the outside entrance door of the 54 Highland Ave., Lynn, MA 01902 property.

13. Plaintiff's Proposed Alternative Methods of Service are reasonably calculated to give defendant Devin L. Potvin an adequate and fair opportunity to learn of and defend the proceedings.

14. Plaintiff's above proposed alternative methods of service clearly satisfy this Court's requirement that the alternative service actions are reasonably calculated to give

defendant Devin L. Potvin an adequate and fair opportunity to learn of and defend this action against him/her.

15. Granting of Plaintiff's Motion to permit service by alternative means will not deprive defendant Devin L. Potvin an adequate and fair opportunity to learn of and defend the proceedings.

WHEREFORE, Plaintiff respectfully requests this Court to grant their motion for leave to serve defendant Devin L. Potvin as set forth in Plaintiff's proposed Order attached to their Motion.

Respectfully Submitted,

**SIMON & SIMON, PC**

By: *Samuel Miller*

Samuel Miller, Esquire
BBO# 677066
*Attorney for Plaintiff(s)*

Dated: October 27, 2021

## **CERTIFICATE OF SERVICE**

I, Samuel Miller, Esquire, do hereby certify that a true and correct copy of the attached Plaintiff's Motion for Leave to Serve Process was served by first-class mail on October 27, 2021 upon the following:

Devin L. Potvin<br>
54 Highland Ave.<br>
Lynn, MA 01902

**SIMON & SIMON, PC**

By: *Samuel Miller*
Samuel Miller, Esquire
BBO# 677066
*Attorney for Plaintiff(s)*

Dated:  October 27, 2021